APELDYN CORPORATION, Plaintiff–Appellant,

v.

AU OPTRONICS CORPORATION and AU Optronics Corporation America, Defendants–Appellees,

and

Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA Inc., Defendants–Appellees,

and

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., Defendants.

Nos. 2012–1172, 2012–1173.

United States Court of Appeals, Federal Circuit.

July 17, 2013.

Rehearing and Rehearing En Banc

Denied Sept. 13, 2013.*

Scott G. Seidman, Tonkon, Torp, Galen, Marmaduke & Booth, of Portland, OR, argued for plaintiff-appellant. With him on the brief were Jon P. Stride and Don H. Marmaduke.

Lawrence J. Gotts, Latham & Watkins LLP, of Washington, DC, argued for defendants-appellees AU Optronics Corporation, et al. With him on the brief was Elizabeth M. Roesel. Of counsel on the brief were Terry D. Garnett, Vincent K. Yip, Peter J. Wied and Jay C. Chiu, Goodwin Procter LLP, of Los Angeles, CA.

Donald R. McPhail, Cozen O'Connor, of Washington, DC, argued for defendants-appellees Chi Mei Optoelectronics Corporation, et al. With him on the brief was Barry Golob. Of counsel was Kristina Caggiano, Duane Morris, LLP, of Washington, DC.

LOURIE, SCHALL, and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**